affirmed, with $10 costs and disbursements. Order filed. See, also, 61 Misc. Rep. 218, 114 N. Y. Supp. 934.

MARTIN, Respondent, v. VILLAGE OF MAMARONECK, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Janet Martin against the Village of Mamaroneck. No opinion. Judgment and order of the County Court of Westchester County unanimously affirmed, with costs.

MARTIN, Appellant, v. WALKER & WILLIAMS MFG. CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) Action by William Martin, an infant, by Hermine Martin, his guardian ad litem, against the Walker & Williams Manufacturing Company. No opinion. Order amended nunc pro tunc, so as to show that the judgment and order were reversed upon questions of law only, and that the court, having considered the facts, found no error in the determination thereof. See, also, 128 App. Div. 733, 113 N. Y. Supp. 78.

MATCHETT, Appellant, v. WITZ et al., Respondents. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Action by Mary Matchett against Theodore Witz and others. T. C. Whitlock, for appellant. L. Jersawitz, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

MATHISON, Respondent, v. WETTRE, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Charles Mathison against Gudolf Wettre. No opinion. Judgment of the Municipal Court affirmed, with costs.

MATTISON, Respondent, v. MATTISON, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Richard V. Mattison, Jr., against Agnes C. Mattison. E. Hymes, for appellant. E. L. Mooney, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 122 App. Div. 921, 107 N. Y. Supp. 1137; 129 App. Div. 906, 907, 113 N. Y. Supp. 1139; 60 Misc. Rep. 573, 113 N. Y. Supp. 1024; 130 App. Div. 881, 114 N. Y. Supp. 1136; 120 N. Y. Supp. 1140.

MECHANICS' BANK OF BROOKLYN, Appellant, v. TRUBIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by the Mechanics' Bank of Brooklyn against Bernard Trubin and others. No opinion. Judgment, in so far as appealed from, affirmed, with costs.

MECHLIN, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Action by Madeleine G. W. Mechlin against the Board of Education of the City of New York. S. Lowenthal, for appellant. C. McIntyre, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MEDLER et al., Appellants, v. NEEMS, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by John A. Medler and others, by Margaret Medler, their guardian ad litem, against Margaret Neems. No opinion. Judgment affirmed, with costs.

MEEHAN, Appellant, v. MEEHAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Mabel Meehan, an infant, by Jeremiah Horan, her guardian ad litem, against Delia Meehan, individually and as administratrix, etc., and others.

PER CURIAM. Judgment affirmed, without costs.

BURR, J., dissents.

MEEHAN, Appellant, v. MEEHAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Thomas F. Meehan, by Thomas Meehan, his guardian ad litem, against Delia Meehan, individually and as administratrix, etc., and others.

PER CURIAM. Judgment affirmed, without costs.

BURR, J., dissents.

MERSEREAU, Respondent, v. L. K. HIRSCH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by William B. Mersereau against the L. K. Hirsch Company. No opinion. Motion for reargument denied, with $10 costs. For original opinion, see 121 N. Y. Supp. 111.

MIDLAND MOTOR CO., Appellant, v. BRITTON, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by the Midland Motor Company against Albert F. Britton. H. G. K. Heath, for appellant. J. L. Zostal, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re MILLER et al. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Appeal from Surrogate's Court, Kings County. Judicial settlement of the account of Theodore F. Miller and another, as executors of the will of Mary E. Truslow, deceased, of her acts and proceedings as executrix of the will of Stephen H. Farnham, deceased. From a decree of the Surrogate's